# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JIMMY LEE NELSON,

    Petitioner,

vs.

ATTORNEY GENERAL, *et al.,*

    Respondents.

3:06-cv-00129-LRH-VPC

<u>ORDER</u>

    The petitioner's application (#41) for a certificate of appealability (COA) in this represented habeas matter under 28 U.S.C. § 2254 is GRANTED, out of an abundance of caution. While the court remains of the view that the dismissal of the petition as time-barred without an evidentiary hearing was and remains the correct disposition of the case, jurists of reason potentially could find the matter debatable as to whether the court was correct in its procedural ruling.

    DATED this 7th day of April, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE